[944 NE2d 1142, 919 NYS2d 503]

In the Matter of ETERNAL FLAME OF HOPE MINISTRIES, INC., Respondent, v LORI KING, as Assessor of the Town of Highland, et al., Appellants.

Decided February 22, 2011

**APPEARANCES OF COUNSEL**

*Drew, Davidoff & Edwards Law Offices, LLP*, Monticello (*Michael Davidoff* of counsel), for appellants.

*Kalter, Kaplan, Zeigler & Forman*, Woodbourne (*Terry S. Forman* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed with costs.

Because petitioner is a religious organization utilizing the subject property to further the religious purposes for which it was organized, petitioner is entitled to a real property tax exemption for the property (*see* RPTL 420-a [1] [a]). The Town has not demonstrated an existing zoning violation so as to bar the exemption (*cf. Matter of Oxford Group-Moral Re-Armament, MRA, Inc. v Allen*, 309 NY 744 [1955]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

▬▬▬▬▬▬▬▬▬▬▬

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.